FILED

2018 Mar-29  PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**JET/MKA**
**By Information**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.** |
| | ) | |
| **ANTUAN CORNELL RIGGS,** | ) | |
| **Defendant** | | |

## INFORMATION

## COUNT ONE
**Wire Fraud**
**[18 U.S.C. § 1343]**

The United States Attorney charges that:

## INTRODUCTION

1.    At all relevant times,

a.    Defendant **ANTUAN CORNELL RIGGS** lived in Jefferson County, Alabama, and had a T-Mobile cellular telephone number issued in his name.

b.    Defendant **RIGGS** was acquainted with Person A and Person B.

c.    Capital One was a credit-card issuer that accepted customer applications over the internet, *i.e.* online.  When Capital One approved an application, it would cause the card to issue and be sent to the customer by way of United States mail to a mailing address provided by the applicant.

Once the applicant received the card, he/she had to contact Capital One to activate the credit card before it could be used.  Such contact could be made by means of a telephone call to Capital One.  None of the call centers and computers accepting such calls was located in the State of Alabama.

## NATURE AND PURPOSE OF THE SCHEME AND ARTIFICE

2.    From on or about February 25, 2015, through on or about October 30, 2015, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

### ANTUAN CORNELL RIGGS,

Person A, and Person B – each aided and abetted by one another and others known and unknown to the United States Attorney – knowingly devised and intended to devise a scheme and artifice to defraud Capital One of money and funds and to obtain money and funds from Capital One by means of materially false and fraudulent pretenses, representations, and promises.

### THE SCHEME AND ARTIFICE

3.    It was a part of the scheme and artifice that members of the group of schemers would and did submit approximately 440 online credit card applications to Capital One using false names, dates of birth, and social security numbers.

4.      It was further a part of the scheme and artifice that each application would and did include one of several mailing addresses in the metro-Birmingham area to which the group members had access.

5.      It was further a part of the scheme and artifice that, when Capital One would approve one of the subject applications, it would and did transmit the card by way of United States mail to the address associated with the respective application.

6.      It was further a part of the scheme and artifice that one or more group members would retrieve each fraudulently obtained Capital One card from the mail upon its arrival in the Birmingham area.

7.      It was further a part of the scheme and artifice that, upon receiving each fraudulently obtained card, Defendant **RIGGS** and other group members would and did contact Capital One by way of an interstate wire communication to activate each card.

8.      It was further a part of the scheme and artifice that Defendant **RIGGS** and other group members would and did use each fraudulently obtained card to conduct financial transactions – including cash withdrawals from Automated Teller Machines ("ATMs") – in the Northern District of Alabama and other locations.  Each of these transactions caused a wire communication between the point of initiation for the transaction and Capital One servers, which were located outside the state of Alabama.

3

9.    It was further a part of the scheme and artifice that group members, including Defendant **RIGGS**, would and did divide among themselves the proceeds of these financial transactions.

## THE WIRE TRANSMISSION

10.    On or about July 12, 2015, in Jefferson County, in the Northern District of Alabama, and elsewhere, the defendant,

### ANTUAN CORNELL RIGGS,

for the purpose of executing the above-described scheme and artifice, knowingly caused to be transmitted by means of wire and radio communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, that is, transmissions sufficient to effectuate an ATM transaction beginning in Birmingham, Alabama, and connecting to and through Capital One's computer system located outside the state of Alabama.

All in violation of Title 18, United States Code, Sections 1343 and 2.

JAY E. TOWN
United States Attorney

*/s/ Electronic Signature*
MELISSA K. ATWOOD
Assistant United States Attorney